**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-00232-HDM-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES PILGRIM NELSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant's motion filed on April 1, 2016 (#71) is **DENIED.** As such, defendant's application to proceed *in forma pauperis* (#72) is **DENIED AS MOOT.**

IT IS SO ORDERED.

DATED: This 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

1